Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                Case No.:  13–24033–ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael A. Cox Sr. | JoAnn S. Cox |
| 1492 Chestnut Ave. | fka Joann S. Handy |
| Gloucester City, NJ 08030–2232 | 1492 Chestnut Ave. |
| | Gloucester City, NJ 08030–2232 |

Social Security No.:
  xxx–xx–5246                                 xxx–xx–7952

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>October 9, 2018</u>                 <u>Andrew B. Altenburg Jr.</u>
                                                Judge, United States Bankruptcy Court